**GREENBERG TRAURIG, LLP**
TYLER R. ANDREWS (SBN 9499)
  andrewst@gtlaw.com
MOOREA L. KATZ (SBN 12007)
  katzmo@gtlaw.com
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV  89169
Telephone:  (702) 792-3773 / Facsimile:  (702) 792-9002
Attorneys for Defendants, CST

**MARQUIS AURBACH COFFING**
Scott A. Marquis (SBN 6407)
  smarquis@maclaw.com
Candice E. Renka (SBN 11447)
  crenka@maclaw.com
10001 Park Run Drive
Las Vegas, NV  89145
Telephone:  (702) 382-0711 / Facsimile:  (702) 382-5816
Attorneys for Plaintiff, Michael R. Yazdi

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL R. YAZDI, individually and on behalf of all persons similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CST USA, INC., a Delaware corporation dba Corner Store USA Holdings, Inc.; CST BRANDS, INC., a Delaware corporation; CST REAL ESTATE HOLDINGS, LLC, a Delaware limited liability company dba CST BRANDS REAL ESTATE HOLDINGS, LLC; CST REAL ESTATE HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS, LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | CASE NO. 2:15-CV-00228-RFB-PAL<br><br>[Assigned to Hon. Richard Franklin Boulware II]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>ACTION FILED:     January 5, 2015 |

Defendants, CST USA, INC.; CST BRANDS, INC.; CST REAL ESTATE HOLDINGS, LLC; CST REAL ESTATE HOLDINGS, INC.; CST BRANDS HOLDINGS, INC., and CST BRANDS HOLDINGS, LLC ("Defendants") and Plaintiff, Michael R. Yazdi ("Plaintiff") (Defendants and Plaintiff are collectively referred to as the "Parties"), by and through their respective attorneys of record stipulate and agree as follows:

WHEREAS, on August 14, 2015, Defendants filed a motion to dismiss for lack of jurisdiction, or in the alternative to transfer this action to the District of Arizona, (the "Motion," Docket No. 18) based primarily on (i) the terms and conditions of the promotional contest at issue in this case confirming that the contest was open exclusively to Arizona residents and requiring Arizona jurisdiction and venue, and (ii) information recently received indicating that Plaintiff was a resident of Arizona at the time of the promotional contest.

WHEREAS, in light of this new and potentially dispositive information, and in light of the Court's pending decision on the Motion establishing the proper jurisdiction and venue for this matter, the parties believe that litigating in this District under the current discovery schedule would be inequitable, and may lead to significant unnecessary and duplicative work.

NOW, THEREFORE, in the interest of efficiency and judicial economy, the Parties respectfully request that the Court enter an order staying discovery pending the resolution of Defendants' Motion to dismiss for lack of personal jurisdiction.

Within 14 days of the entry of the Court's order denying the Motion and retaining jurisdiction in this District, the Parties will submit a modified discovery and briefing schedule based on the timelines previously approved and entered by this Court.

**IT IS SO STIPULATED**.

DATED: August 18, 2015                                       GREENBERG TRAURIG, LLP

                                                       By    */s/ Tyler R. Andrews*
                                                             Tyler R. Andrews
                                                             Moorea L. Katz
                                                             Attorneys for Defendants

DATED: August 18, 2015                                       MARQUIS AURBACH COFFING

                                                       By:   */s/ Candice E. Renka*
                                                             Scott A. Marquis
                                                             Candice E. Renka
                                                             Attorneys for Plaintiff, Michael R. Yazdi

**ORDER**

IT IS SO ORDERED on this   21   day of September, 2015.

                                                             United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I served the **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** on:

**MARQUIS AURBACH COFFING**
Scott A. Marquis, Esq.
*smarquis@maclaw.com*
Candice E. Renka, Esq.
*crenka@maclaw.com*
10001 Park Run Drive
Las Vegas, NV  89145
Telephone:  (702) 382-0711 / Facsimile:  (702) 382-5816
*Attorneys for Plaintiff*

by causing a full, true, and correct copy thereof to be sent by the following indicated method or methods, on the date set forth below:

**THROUGH E-SERVICE VIA CM/ECF E-FILING SYSTEM**

DATED this 18th day of August, 2015.

*/s/ Cynthia Aros*
Cynthia Aros
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

PROOF OF SERVICE