**GREENBERG TRAURIG, LLP**
Dana Hooper (SBN 023801)
  hooperd@gtlaw.com
2375 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

**GREENBERG TRAURIG, LLP**
Tyler R. Andrews (SBN 250686) (admitted *pro hac vice*)
  andrewst@gtlaw.com
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL R. YAZDI, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CST USA, INC., a Delaware corporation dba Corner Store USA Holdings, Inc.; CST BRANDS INC., a Delaware corporation; CST REAL ESTATE HOLDINGS, LLC, a Delaware limited liability company dba CST BRANDS REAL ESTATE HOLDINGS LLC; CST REAL ESTATE HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   CV-16-2028-PHX-SRB<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL DEADLINES FOR THIRTY (30) DAYS** |

1

**DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS**

Plaintiff and Defendants (collectively, "the Parties"), through their undersigned counsel, hereby notify the Court that they have resolved this matter by agreement in principal. The Parties are currently in the process of reducing this resolution to a formal written agreement.

WHEREFORE, the Parties respectfully request that the Court stay all pending deadlines for thirty (30) days.

DATED:  November 29, 2016               GREENBERG TRAURIG, LLP


                                        By:   */s/ Tyler Andrews*
                                              TYLER ANDREWS
                                              DANA HOOPER
                                              Attorneys for Defendants


                                        MARQUIS AURBACH COFFING, LLP


                                        By:   */s/ Candice R. Renka*
                                              CANDICE R. RENKA
                                              Attorneys for Plaintiff

**DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL DEADLINES FOR THIRTY (30) DAYS** on:

Scott A. Marquis
Candice R. Renka
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV  89145
smarquis@maclaw.com
crenka@maclaw.com


Frank R. Mead
Lorona Mead
3838 N. Central Ave., Suite 100
Phoenix, Arizona 85012
frank@loronamead.com

by means of email and U.S. Mail.

DATED this 29th day of November, 2016.

/s/ Tammy Mowen
An employee of Greenberg Traurig, LLP

3

**DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS**