UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL R. YAZDI, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CST USA, INC., a Delaware corporation dba Corner Store USA Holdings, Inc.; CST BRANDS INC., a Delaware corporation; CST REAL ESTATE HOLDINGS, LLC, a Delaware limited liability company dba CST BRANDS REAL ESTATE HOLDINGS LLC; CST REAL ESTATE HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:   CV-16-2028-PHX-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation (Doc. 60) filed January 4, 2017,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear their own costs, expenses and attorneys' fees.

Dated this 4th day of January, 2017.

_____
Susan R. Bolton
United States District Judge